IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------------- :
LESLIE E. WAGENHEIM, : CASE NO. 1:04 CV 0239
: 
Plaintiff :
Counter-Defendant :
: ORDER STAYING BRIEFING ON
-vs- : PLAINTIFF'S MOTION FOR PARTIAL
: SUMMARY JUDGMENT.
:
NATURAL SCIENCE INDUSTRIES, :
LTD., :
:
Defendant
Counter-Claimant
----------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 15 August 2005 this matter was referred to Magistrate Judge David S. Perelman for the purpose of a Settlement Conference to be held Thursday, 1 September at 2:00 p.m. (ECF # 40). Pursuant to an Interim Pretrial Conference with party counsel on 25 August 2005, conducted by Magistrate Judge Perelman, the Settlement Conference has been continued until either 19 September or 26 September 2005. (ECF # 51).

Prior to that telephonic conference, on 18 August 2005, plaintiff Leslie Wagenheim ("Wagenheim") filed a motion for partial summary judgment against Natural Science Industries ("NSI"). (ECF # 46, 47, 48, 49). Ordinarily, pursuant to LR 7.1(d), NSI's motion in opposition would be due within 30 days of service of Wagenheim's dispositive motion. Because that timetable is unreasonable in light of the rescheduled Settlement Conference,

1

the Court hereby stays any further briefing on the motion for partial summary judgment until Magistrate Judge Perelman convenes the Settlement Conference in this matter. NSI's motion in opposition to the partial summary judgment will be due within 14 days of the date of the Settlement Conference. Any reply memorandum will be due under the constraints of LR 7.1(e).

IT IS SO ORDERED.

                                                        /s/ Lesley Wells
                                           UNITED STATES DISTRICT JUDGE

Dated: 26 August 2005